IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03325-RBJ

LYN ASHLEY,

    Plaintiff,

v.

WELLBRIDGE CLUB MANAGEMENT, L.L.C. d/b/a COLORADO ATHLETIC CLUB,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear her or its own fees and costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear her or its own fees and costs.

Dated this 21st day of May, 2012.

_____
R. Brooke Jackson, U.S. District Court Judge